**William G. HARGIS, Appellant,**

v.

**John L. DUMBACHER et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 14, 1956.

Wm. G. Hargis, Walton, for appellant.

Wm. O. Ware, Covington, for appellees.

PER CURIAM.

Judgment of the Kenton Circuit Court on a counterclaim adjudging the defendants to have a certain passway and enjoining the plaintiff from interfering with its use.

Appeal is upon notice. The evidence is not brought here. The value of the passway is not shown in the record. The appeal is, therefore, dismissed for lack of jurisdiction. Hall v. Ferguson, Ky., 288 S.W.2d 628.

Appeal dismissed.